**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Gregg INOSHITA, Defendant-Appellant.**

No. 16-15931

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 *

Filed September 29, 2017

Darren Ching, Assistant U.S. Attorney, DOJ—Office of the US Attorney, Honolulu, HI, for Plaintiff-Appellee

Peter C. Wolff, Jr., Federal Public Defender, FPDHI—Federal Public Defender's Office (Honolulu), Honolulu, HI, for Defendant-Appellant

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Gregg Inoshita appeals from the district court's judgment denying his 28 U.S.C. § 2255 motion. We have jurisdiction under 28 U.S.C. § 2253, and we dismiss.

Inoshita challenges his career offender sentence, contending that his prior convictions for bank robbery under 18 U.S.C. § 2113(a) are not "crime[s] of violence"

under U.S.S.G. § 4B1.1(a) (2015). The government argues that this appeal is barred by a valid appeal waiver. We review de novo whether a defendant has waived his right to appeal. *See United States v. Harris,* 628 F.3d 1203, 1205 (9th Cir. 2011). The terms of the appeal waiver in Inoshita's plea agreement unambiguously encompass the claims raised in this appeal. *See id.* at 1205-06. We reject as meritless Inoshita's arguments that his waiver is unenforceable. Accordingly, we dismiss pursuant to the valid waiver. *See id.* at 1207.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

